UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BONITO OLYMPIO, Individually, and On
Behalf of All Others Similarly Situated,

                Plaintiff,

         v.

BITFARMS LTD., L. GEOFFREY
MORPHY, BENJAMIN GAGNON, and
JEFFREY LUCAS,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:25-cv-02630-ENV-CLP

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned, an associate at the law firm of Skadden,

Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for

Defendants Bitfarms Ltd., L. Geoffrey Morphy, Benjamin Gagnon, and Jeffrey Lucas.

Dated:  New York, New York
       June 23, 2025

                        /s/ *Sarah E. Danehy*
                        Sarah E. Danehy
                        SKADDEN, ARPS, SLATE,
                          MEAGHER & FLOM LLP
                        One Manhattan West
                        New York, New York 10001
                        Phone:  (212) 735-3000
                        Facsimile: (212) 735-2000
                        sarah.danehy@skadden.com

                        *Attorney for Defendants Bitfarms Ltd., L.*
                        *Geoffrey Morphy, Benjamin Gagnon, and*
                        *Jeffrey Lucas*