UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

BONITO OLYMPIO, Individually, and On
Behalf of All Others Similarly Situated,

                           Plaintiff,

               v.

BITFARMS LTD., L. GEOFFREY
MORPHY, BENJAMIN GAGNON, and
JEFFREY LUCAS,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:25-cv-02630-ENV-CLP

## **STIPULATION AND ORDER REGARDING SCHEDULING**

**WHEREAS**, Plaintiff Bonito Olympio commenced this putative securities class action

on May 9, 2025, against Defendants Bitfarms Ltd. ("Bitfarms"), L. Geoffrey Morphy, Benjamin

Gagnon, and Jeffrey Lucas (collectively, "Defendants");

**WHEREAS**, because this action asserts claims under the Securities Exchange Act of

1934, 15 U.S.C. § 78a et seq., it is subject to the Private Securities Litigation Reform Act of

1995 (the "PSLRA");

**WHEREAS**, the PSLRA provides for, among other things, appointment of a lead

plaintiff, 15 U.S.C. § 77u-4(a)(3);

**WHEREAS**, lead plaintiff motions are due on or before July 8, 2025, *see id.* § 77u-

4(a)(3)(A)(i)(II); and

**WHEREAS**, the undersigned parties have conferred regarding service and the filing of

an amended complaint and any response thereto and agree that it would be more efficient to

extend the time to answer, move against or otherwise respond to the complaint in this action until after the Court's appointment of a lead plaintiff.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, as follows:

1. Undersigned counsel for Defendants is authorized to accept, and hereby does accept, service of the summons and complaint in this action on behalf of Defendants, without prejudice to or waiver of any of Defendants' defenses, objections or arguments, except as to sufficiency of service of process.

2. Defendants' time to answer, move against or otherwise respond to any complaint in this action is stayed pending the Court's appointment of a lead plaintiff.

3. Within 7 days following appointment of lead plaintiff, Defendants and lead plaintiff will meet and confer and propose a schedule for the filing of any amended complaint and response thereto.

4. There have been no requests for an extension of time previously made in this matter.

DATED:  June 23, 2025
        New York, New York

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
**POMERANTZ LLP**
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Plaintiff*

/s/  Patrick G. Rideout
Patrick G. Rideout
Alexander C. Drylewski
Sarah E. Danehy
**SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
patrick.rideout@skadden.com
alexander.drylewski@skadden.com
sarah.danehy@skadden.com

*Counsel for Defendants Bitfarms Ltd., L.
Geoffrey Morphy, Benjamin Gagnon, and
Jeffrey Lucas*

**IT IS SO ORDERED.**

Dated:  June 24, 2025 _____

*Cheryl L. Pollak*
_____
HONORABLE   CHERYL   L.   POLLAK
UNITED STATES MAGISTRATE JUDGE