## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BITFARMS LTD. SECURITIES LITIGATION | Case No. 1:25-cv-02630-ENV-CLP |
| THIS DOCUMENT RELATES TO: ALL FILINGS | HON. ERIC N. VITALIANO |
| | **AMENDED CLASS ACTION COMPLAINT** |
| | **JURY TRIAL DEMANDED** |

Co-Lead Plaintiffs Zhao Jun, Gong Lanfang, Michael Pearl, Kazim Khan, and Michael Lawarre (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants, allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States ("U.S.") Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Bitfarms Ltd. ("Bitfarms" or the "Company"), analysts' reports and advisories about the Company, interviews with knowledgeable individuals, and information readily obtainable on the Internet. Plaintiffs believe that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

### NATURE OF THE ACTION

1.      This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Bitfarms securities

between March 21, 2023 and December 9, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

2.      Bitfarms operates integrated Bitcoin data centers in Canada, the U.S., Paraguay, and Argentina. The Company primarily owns and operates data centers housing computers designed to validate transactions on the Bitcoin blockchain and solve cryptographic puzzles that are used to "mine Bitcoin." Bitfarms does not mine Bitcoin directly; instead, it sells its computational power to a mining pool operator that also aggregates processing power from other data center operators. Once the mining pool mines Bitcoin, it compensates Bitfarms in Bitcoin according to an agreed-upon formula. Thereafter, Bitfarms sells the Bitcoins for U.S. dollars through established cryptocurrency trading platforms. Bitfarms, and other companies like it, are classified as Bitcoin mining companies regardless of whether they mine Bitcoin directly or contribute their computational power to Bitcoin mining pools.

3.      During the Class Period, Bitfarms was a foreign private issuer and, pursuant to SEC regulations, elected to report its financial statements in accordance with the International Financial Reporting Standards ("IFRS") instead of the U.S. Generally Accepted Accounting Principles ("GAAP"). IFRS rules are cataloged in International Accounting Standards ("IAS"), set and updated by the International Accounting Standards Board ("IASB"). The standards are interpreted and applied in agenda decisions issued by the IFRS Interpretations Committee ("IFRIC"), a separate body that works with the IASB and is authorized to interpret its standards. Final agenda decisions are considered mandatory under IFRS.

4.    The accounting treatment applicable to mined Bitcoin, according to IFRS, is well-established and clear.  Accounting authorities for years have provided definitive standards for blockchain technology and the cryptocurrency it yields.

5.    In 2019, IFRIC published its final agenda decision documenting the treatment of cryptocurrency, and specifically Bitcoin, under existing IAS standards, which was required to be incorporated by IFRS reporting companies (the "2019 Crypto Agenda Decision").  According to the well-known and oft-discussed 2019 Crypto Agenda Decision, Bitcoin must be treated as an intangible asset under IAS 38, and accordingly, its disposition ***must be classified as cash flow from investing activities*** under IAS 7.[1]  To do otherwise would not only violate IFRS, but would also provide a false sense of the reporting company's operations and prospects.  The simple accounting treatment was frequently discussed in advisories from accounting firms and readily applied by other publicly traded Bitcoin mining companies that adhered to IFRS and properly classified proceeds of Bitcoin sales as cash flow from investing activities.

6.    Bitfarms acknowledged in its public filings that the Bitcoins it received as compensation for selling its computational power were intangible assets under IAS 38, not inventory.  However, instead of classifying Bitcoin proceeds as cash flow from investing activities, the Defendants issued public financial reports that classified the Bitcoin proceeds as cash flow from ***operating activities***, not ***<u>investing activities, as IFRS required</u>***.  This falsification violated IFRS and gave investors the misleading impression that the Company's operating cash flow – a vital metric according to management that was closely tracked by many investors and analysts – was positive when ***<u>it was actually deeply negative</u>***.

---

[1] There is a narrow exception to this rule if Bitcoin is eligible for treatment as inventory.  However, that exception is not applicable under the circumstances here because Bitfarms classified Bitcoin as an intangible asset under IAS 38 at all relevant times.

7.     Defendants continued to misreport the Company's Bitcoin proceeds even after the SEC sent Defendants a letter on June 26, 2023 advising them that it appeared that the Company's accounting was inconsistent with IAS 7.

8.     On this first partial disclosure, Bitfarms' stock price fell from a closing price of $1.52 per share on June 23, 2023, the previous trading day, to close at $1.38 per share on June 26, 2023.  Despite this significant price decline, the full impact of Bitfarms' violation of IAS 7 remained concealed from investors and had yet to fully materialize.

9.     Defendants continued to obscure their misconduct from investors and the SEC by falsely claiming that their accounting practices were in line with those of their peers.  The opposite was true, and this falsehood only served to preserve Defendants' fraud, as Defendants continued to misreport the Company's Bitcoin proceeds.

10.     Defendants' violation of IAS 7 and the 2019 Crypto Agenda Decision was intended to and did artificially inflate Bitfarms' operating cash flow at a time when the Company needed to justify huge capital expenditures to investors.  Bitfarms needed large amounts of money to expand its Bitcoin mining operations and replace outdated mining computers, and therefore needed to convince investors that capital expenditures would yield strong positive operating cash flow.

11.     Defendants succeeded. Throughout the Class Period, even analysts echoed management statements claiming positive operating cash flows. Although cautious about the Company's capital expenditures, various analysts highlighted that the Company had "ongoing operating cash flows to pay for the expansions"[2] and "the expectation for positive cash from

---

[2] Chase White, *BITF 3Q23 Earnings Update – Maintain Buy, Increase PT to $3.75*, COMPASS POINT RESEARCH & TRADING, LLC, Nov. 8, 2023, at 1.

operations in the coming quarters, [Bitfarms] has sufficient liquidity on hand to fund its ambitious growth plans."[3]

12.     Furthermore, throughout the Class Period, Defendants falsely assured investors that the Company had only a single, isolated deficiency in internal controls, an unrelated and long-disclosed issue relating to the accounting of warrants that the Company said was expected to be fully remediated in 2024.  However, this was blatantly false.  Defendants knew (or recklessly disregarded) that they had further compromised the Company's internal controls by choosing to falsely report operating cash flow in obvious violation of IFRS.

13.     Had Defendants been honest that the Company was not complying with IAS 7 during the Class Period, that its internal control deficiency was far worse than disclosed, and that the Company's operating cash flow was not positive and in fact, deeply negative, investors and analysts would have discounted the Company's stock price accordingly, as occurred upon ultimate disclosure by the Company.

14.     On November 21, 2024, the SEC corresponded with the Company again, this time instructing the Company in express terms: "consistent with the requirements of IAS 7.16(b), please revise to classify the proceeds from sales of your digital assets classified as intangible assets within investing activities."

15.     On this news, Bitfarms' stock price fell $0.17 from a closing price of $2.17 per share on November 20, 2024, before rebounding to close at $2.05 per share on November 21, 2024. However, a further decline was prevented because Defendants still had not disclosed the full

---

[3] Martin Toner and Eric Livshits, *Q2/24: Ben's Vision For Bitfarms*, ATB CAPITAL MARKETS, Aug. 8, 2024, at 4.

impact of Bitfarms' violation of IAS 7 or the full extent of its material weaknesses in internal controls for financial reporting.

16.    Finally, on December 9, 2024, Bitfarms issued a press release admitting that its consolidated financial statements for the fiscal years 2022 and 2023 contained a material error related to the classification of proceeds from digital asset sales, and would need to be restated.  Specifically, the Company revealed that "Bitfarms previously categorized proceeds derived from the sale of digital assets as a cash flow from operating activities. ***In conjunction with the SEC review, it was determined that proceeds from the sale of digital assets should be classified as cash flow from investing activities.***"[4]  The press release also conceded that the impact of the restatements would flip reported operating cash flow from positive to deeply negative and that the Defendants' prior falsification of operating cash flows was tied to a material weakness in its internal controls for financial reporting.

17.    On this news, Bitfarms' stock price fell $0.13 per share, or 6.07%, to close at $2.01 per share on December 10, 2024.

18.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

**JURISDICTION AND VENUE**

19.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

---

[4] All emphasis herein is added unless otherwise indicated.

20.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act.

21.    Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b), as the alleged misstatements entered and the subsequent damages took place in this Judicial District.  Pursuant to Bitfarms' most recently filed Annual Report with the SEC, as of December 31, 2024, there were 479,332,885 of the Company's common shares outstanding. Bitfarms' securities trade on the Nasdaq Global Market ("NASDAQ"), which includes significant operations in this Judicial District. As a result of its broad shareholder base, there are presumably hundreds, if not thousands, of investors in Bitfarms securities located within the U.S., some of whom undoubtedly reside in this Judicial District.

22.    In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## **PARTIES**

23.    Co-Lead Plaintiff Zhao Jun acquired Bitfarms securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures. (ECF No. 19-4).

24.    Co-Lead Plaintiff Gong Lanfang acquired Bitfarms securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures. (ECF No. 19-4).

25.     Co-Lead Plaintiff Michael Pearl acquired Bitfarms securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures. (ECF No. 16-1).

26.     Co-Lead Plaintiff Kazim Khan acquired Bitfarms securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures. (ECF No. 16-1).

27.     Co-Lead Plaintiff Michael Lawarre acquired Bitfarms securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures. (ECF No. 16-1).

28.     Defendant Bitfarms is a Canadian corporation with principal executive offices located at 110 Yonge Street, Suite 1601, Toronto, Ontario, M5C 1T4.  Bitfarms' securities trade in an efficient market on the NASDAQ under the ticker symbol "BITF".

29.     Defendant L. Geoffrey Morphy ("Morphy") served as the Company's Chief Executive Officer ("CEO") from prior to the start of the Class Period until May 13, 2024.  Morphy served as a director of Bitfarms from May 2020 until August 2020, when he joined Bitfarms' executive team as president and Chief Operating Officer.  He was promoted to CEO in December 2022.  Morphy "played an instrumental role in developing the Company's management team, corporate structure, [and] governance and controls" since he joined the Company.[5]  Morphy was

---

[5] Bitfarms, Ltd., *Bitfarms Promotes Geoffrey Morphy to Chief Executive Officer*, Dec. 29, 2022, https://www.globenewswire.com/news-release/2022/12/29/2580596/0/en/Bitfarms-Promotes-Geoffrey-Morphy-to-Chief-Executive-Officer.html.

subsequently fired on May 13, 2024, and he filed a $27 million lawsuit in the Superior Court of Ontario against the Company, alleging breach of contract and wrongful dismissal.[6]

30.    Defendant Benjamin Gagnon ("Gagnon") has served as the Company's CEO since July 2024.  Gagnon joined Bitfarms in April 2019.  Prior to becoming the CEO, Gagnon served as Bitfarms' Director of Business Development from April 2019 to March 2020, Director of Mining Operations from April 2020 to January 2021, and Chief Mining Officer from January 2021 to July 2024.  Gagnon's official profile indicated that he has expertise in the company's finance, including compliance and risk management related to Bitfarms' operational crypto mining strategy.[7]

31.    Defendant Jeffrey Lucas ("Lucas") has served as the Company's Chief Financial Officer ("CFO") at all relevant times during the Class Period.  Lucas joined Bitfarms as CFO in 2021 and oversaw the Company's financial strategy, capital allocation, and growth initiatives, and served as the contact person in correspondence with the SEC regarding the Company's accounting violations of the applicable accounting standards.

32.    Defendants Morphy, Gagnon, and Lucas are sometimes referred to herein as the "Individual Defendants."

33.    The Individual Defendants possessed the power and authority to control, and in practice did control, the contents of Bitfarms' SEC filings, press releases, and other market communications.  The Individual Defendants were provided with copies of Bitfarms' SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected.  Because of

---

[6] James Hunt, *Bitcoin Mining Firm Bitfarms Fires CEO Amid $27 Million Damages Lawsuit*, The Block (May 13, 2024), https://www.theblock.co/post/294041/bitcoin-mining-firm-bitfarms-fires-ceo-amid-27-million-damages-lawsuit.

[7] Bitfarms, Ltd., *Ben Gagnon*, https://bitfarms.com/about-us/executive-team/ben-gagnon-ceo/ (last accessed: October 21, 2025).

their day-to-day activities managing Bitfarms, and their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements and omissions pleaded herein.

34.    Bitfarms and the Individual Defendants are collectively referred to herein as "Defendants."

## SUBSTANTIVE ALLEGATIONS

### A.  History of Blockchain Technology and Cryptocurrency

35.    Blockchain is a distributed ledger or database where copies of the ledger are maintained by all network participants, rather than being controlled by a central authority, such as a bank, government, or other third party.

36.    A key element of blockchain is the tamper-proof nature of the distributed ledger, which is achieved by using a cryptographic technique known as hashing. A hashing algorithm is a mathematical function that participants in the blockchain network execute to validate the data on the blockchain. Once a network participant is successful in hashing, a new "block" of validated data is added to the chain – hence the moniker blockchain. This hashing process is also known as "mining," a term derived from the mining of precious metals like gold, and the participants who carry out the mining, as miners. In the context of blockchain, "miners" refer to computers specifically designed to carry out the hashing process.

37.    To entice miners to expend money and energy to mine, the Bitcoin network rewards those who are first to mine a block by paying them with a set amount of newly-created, or "mined,"

Bitcoin.  Individuals and entities that use the Bitcoin network also pay a transaction fee for sending Bitcoin, which is collectively distributed to the miners.

38.    Since its inception in 2009, the market capitalization of Bitcoin has grown to $2.28 trillion, and the price of one Bitcoin has recently skyrocketed above $120,000, attracting a diverse range of investors, including retail, institutional, and speculators.  Investors seeking exposure to Bitcoin, in addition to direct investments in the token itself or in Bitcoin Exchange-Traded Funds, often invest in Bitcoin mining companies, such as Bitfarms, which undertake the labor of hashing or operating Bitcoin mining data centers and are, in turn, rewarded for mining new blocks.

**B.  Bitfarms' Bitcoin Mining Operations**

39.    Bitfarms operates integrated Bitcoin mining data centers in Canada, the U.S., Paraguay, and Argentina.  These facilities house approximately 92,000 computers specially designed to validate transactions on the Bitcoin blockchain, also known as mining Bitcoin.

40.    Bitfarms sells the computing power generated by its data centers to a mining pool operator.  Once the mining pool mines Bitcoin, it compensates Bitfarms in Bitcoin according to an agreed-upon formula.  The sale of the Company's computing power was Bitfarms' core business and its "primary revenue-generating activity" during the Class Period.  In fact, from 2022 through 2024, the vast majority of the Company's revenue came from selling computing power used in mining Bitcoin[8]:

| Operating Year | Total Revenue | Revenue from Mining Bitcoin | Percentage of Revenue from Mining Bitcoin |
|---|---|---|---|
| **2022** | 142,428,000 | 138,985,00 | 98% |

---

[8] Bitfarms, Ltd., *Consolidated Financial Statements For The Years Ended December 31, 2024 and 2023*, https://www.sec.gov/Archives/edgar/data/1812477/000121390025026575/ea023426801 ex99- 2_bitfarms.htm#a_016; Bitfarms, Ltd., *Consolidated Financial Statements For The Years Ended December 31, 2022 and 2021*, https://www.sec.gov/Archives/edgar/data/1812477 /000121390023021559/f40f2022ex99-2_bitfarmsltd.htm.

| 2023 | 146,366,00 | 141,306,000 | 97% |
| 2024 | 192,881,000 | 186,527,000 | 97% |

41.    Bitcoin mining has become increasingly expensive and challenging over time. First, because there is a finite number of Bitcoins (21 million) that will ever exist, the Bitcoin blockchain is programmed to increase the mining difficulty and reduce the reward from mining a block by half every four years.  Second, with increased Bitcoin prices, many more professional Bitcoin mining farms entered the market, resulting in far more competition for each mining block. Third, capital expenditure costs and operating expenses have also increased, as Bitcoin mining centers consume vast amounts of electricity.

42.    To maintain its competitiveness, Bitfarms needed to expand its Bitcoin mining operations and continually replace its vast fleet of miners with newer, more productive machines.

43.    For example, in 2022, the Company's "energy and infrastructure expenses increased by $26.2 million, or 87%, mainly due to the Company adding new [m]iners and upgrading its fleet, which increased energy utilization to an average of 137 MW during the period, compared to 66 MW for the same period in 2021, resulting in an increase in electricity costs of $27.7 million."[9]

44.    In the fourth fiscal quarter of 2023, the Company initiated a fleet upgrade plan to purchase "35,888 Bitmain T21 Miners[…]and secured a purchase option for an additional  28,000 T21 Miners."[10]

---

[9] Bitfarms, Ltd., *Management's Discussion & Analysis for the year ended December 31, 2022*, Exhibit 99.3, SEC EDGAR, at 19 (Mar. 21, 2023), https://www.sec.gov/Archives/edgar/data/1812477/000121390023021559/f40f2022ex99-3_bitfarmsltd.htm.

[10] Bitfarms, Ltd., *Management's Discussion & Analysis for the Three and Nine Months Ended September 30, 2024*, Exhibit 99.2, SEC EDGAR, at 10 (Nov. 12, 2024), https://www.sec.gov/Archives/edgar/data/1812477/000121390024097122/ea022036001ex99-2_bitfarms.htm

45.    On November 27, 2023, as part of the Company's fleet upgrade plan, Defendants placed a firm purchase order for "35,888 Bitmain T21 Miners…totaling $95.5 million" and the "Company secured a purchase option for an additional 28,000 Bitmain T21 Miners…for an aggregate purchase price of $74.5 million."[11]

## C.  Internal Control over Financial Reporting (ICFR)

46.    Internal Control over Financial Reporting (ICFR) is the set of controls or a control system at an organization that protects the accuracy, reliability, and integrity of a company's financial statements.

47.    Section 404(a) of the Sarbanes-Oxley Act requires a company's management to evaluate and discuss the operational effectiveness of a company's ICFR in an issuer's annual report:

> The Commission shall prescribe rules requiring each annual report required by section 78m(a) or 78o(d) of this title to contain an internal control report, which shall—
>
> (1)    state the responsibility of management for establishing and maintaining an adequate internal control structure and procedures for financial reporting; and
>
> (2)    contain an assessment, as of the end of the most recent fiscal year of the issuer, of the effectiveness of the internal control structure and procedures of the issuer for financial reporting.

15 U.S.C. § 7262(a).

48.    Defendants knew that the Company was required to comply with ICFR. (*See infra* Paragraphs 87-88, 100-01, 110-11, 131-32, 140-41, and 148-49).  Furthermore, the Bitfarms Audit

---

[11] Bitfarms, Ltd., *Management's Discussion & Analysis for the Three and Nine Months Ended September 30, 2024*, Exhibit 99.2, SEC EDGAR (Nov. 12, 2024), https://www.sec.gov/Archives/edgar/data/1812477/000121390024097122/ea022036001ex99-2_bitfarms.htm

Committee Charter further emphasized that it is the "responsibility of the Corporation's management" to determine that Bitfarms's financial statements are "in accordance with [IFRS]."[12]

### D. Defendants Violated Basic IFRS Accounting Principles

49.     As with any other business venture, public Bitcoin mining companies must comply with established accounting standards when reporting their operational and financial performance. The SEC permits foreign issuers to elect to follow either U.S. GAAP or IFRS. Bitfarms is a foreign issuer pursuant to Rule 3b-4 under the Exchange Act and elected to follow the IFRS accounting throughout the Class Period.[13]

50.     Although traditional accounting rules are fairly obvious with regard to most issues facing Bitcoin mining companies, accounting standards agencies have long sought to remove any uncertainty by issuing specific guidance. For IFRS, any uncertainty was removed by the final June 2019 Crypto Agenda Decision, which explained exactly how IFRS reporting companies were to account for Bitcoin and other cryptocurrencies. The June 2019 Crypto Agenda Decision was not only widely known within the cryptocurrency industry but was also the subject of numerous news articles and bulletins by major accounting firms.[14]

51.     The 2019 Crypto Agenda Decision[15] methodically examined how Bitcoin should be treated under IFRS accounting standards. It determined that cryptocurrency could be classified

---

[12]    Bitfarms, Ltd., *Audit Committee Charter*, at 8, https://investor.bitfarms.com/static-files/77c4b799-285d-4ee1-b749-130e66699e3b.

[13] In August 2025, after the Class Period, Bitfarms announced that it would be transitioning to U.S. GAAP accounting in the fourth quarter of 2025.

[14] *See, e.g.*, Ernst & Young, *Applying IFRS*, https://www.ey.com/content/dam/ey-unified-site/ey-com/en-gl/technical/financial-services/documents/ey-apply-ifrs-crypto-assets-update-october2021.pdf; Bastian Stolzenberg, *Cryptographic Assets Under IFRS*, PwC (Dec. 18, 2019), https://www.pwc.ch/en/insights/accounting/cryptographic-assets-accounting-considerations-under-ifrs.html.

[15]    Available    at    https://www.ifrs.org/news-and-events/updates/ifric/2019/ifric-update-june-2019/#8 under Agenda Paper 12.

as inventory under IAS 2 only if regularly bought and sold (such as in a broker-dealer), but must otherwise be classified as an ***intangible asset*** under IAS 38.

52.     The 2019 Crypto Agenda Decision defined cryptocurrency as having the following characteristics:

a.   A digital or virtual currency recorded on a distributed ledger that uses cryptography for security;

b.   Not issued by a jurisdictional authority or other party; and

c.   Does not give rise to a contract between the holder and another party.

53.     The 2019 Crypto Agenda Decision concluded that Bitcoin "meets the definition of an intangible asset in IAS 38 because (a) it is capable of being separated from the holder and sold or transferred individually; and (b) it does not give the holder a right to receive a fixed or determinable number of units of currency."  Bitcoin could not be classified as inventory under IAS 2 unless the reporting entity was a broker-dealer that "principally acquired [Bitcoin] with the purpose of selling in the near future and generating a profit from fluctuations in price or broker-traders' margin."  The 2019 Crypto Agenda Decision further explained that Bitcoin was not cash. The IASB maintains the interpretations of the 2019 Agenda Decision to date.

54.     For example, on December 12, 2022, IASB Chair Andreas Barckow spoke at the AICPA & CIMA Conference and provided an update on IASB interpretations.  Barckow reiterated the 2019 Crypto Agenda Decision specification that Bitcoin should be "***accounted for as an intangible asset***" or "as inventory … for broker dealers."  Bitfarms has never been a broker-dealer, so any Bitcoin it received as compensation from its mining operations should have been appropriately accounted for as an intangible asset pursuant to IAS 38.

55. Indeed, Bitfarms emphasized to analysts the importance of regulation and compliance to investor comfort. In a November 23, 2021, interview with a buy-side analyst, a former independent director of the Bitfarms Board of Directors acknowledged "the comfort of investors come[s] from the regulation" and that "[t]he only thing that can provide [investors] with any level of comfort is regulation that this company will need to comply [with.]."[16]

56. Bitfarms, in its Form 40-F filed with the SEC on March 21, 2023, acknowledged that the Bitcoin it received as compensation from its mining operations was classified as an intangible asset pursuant to IAS 38:

> **Digital assets**
>
> **Cryptocurrency on hand at the end of a reporting period, if any, is classified as digital assets, and is accounted for under IAS 38, Intangible Assets**, as an intangible asset with an indefinite useful life initially measured at cost, deemed to be the fair value upon receipt as described above, and subsequently measured under the revaluation model. Under the revaluation model, increases in the cryptocurrency's carrying amount is recognized in other comprehensive income. Increases are recognized in profit or loss to the extent that they reverse a revaluation decrease of cryptocurrency previously recognized in profit or loss. The fair value of cryptocurrency on hand at the end of the reporting period is calculated as the quantity of cryptocurrency on hand multiplied by the price quoted on Coinmarketcap as of the reporting date.[17]

---

[16] "Former Independent Director Sees Major Regulatory Challenges but Is Optimistic That Legislation Will Support the Industry," AlphaSense Expert Insights (Published: Dec. 9, 2021) (https://research.alphasense.com?docid=EC111721- 94134&utm_source=alphasense%20platfor m&utm_medium=document%20share&utm_content=EC111721 94134&utm_campaign=176045 3695075).

[17] Bitfarms, Ltd., *Consolidated Financial Statements for the Years Ended December 31, 2022 and 2021*, filed with the SEC Mar. 21, 2023, https://www.sec.gov/Archives/edgar/data/1812477/ 000121390023021559/f40f2022ex99-2_bitfarmsltd.htm.

57.      However, Bitfarms did not disclose or explain to investors that it was classifying proceeds from the sale of its Bitcoins in its statement of cash flows inconsistent with the treatment that IFRS requires for sales of intangible assets.

58.      IAS 7 – Statement of Cash Flows sets out the requirements regarding the classification of items in a company's statement of cash flows under IFRS accounting. Specifically, IAS 7 mandates that:

> An entity shall prepare a statement of cash flows in accordance with the requirements of this Standard and shall present it as an integral part of its financial statements for each period for which financial statements are presented.[18]

59.      IAS 7 also explains the importance of accurately accounting for cash flows:

> A statement of cash flows, when used in conjunction with the rest of the financial statements, provides information that enables users to evaluate the changes in net assets of an entity, its financial structure (including its liquidity and solvency) and its ability to affect the amounts and timing of cash flows in order to adapt to changing circumstances and opportunities. Cash flow information is useful in assessing the ability of the entity to generate cash and cash equivalents and enables users to develop models to assess and compare the present value of the future cash flows of different entities. It also enhances the comparability of the reporting of operating performance by different entities because it eliminates the effects of using different accounting treatments for the same transactions and events.
>
> Historical cash flow information is often used as an indicator of the amount, timing and certainty of future cash flows. It is also useful in checking the accuracy of past assessments of future cash flows and in examining the relationship between profitability and net cash flow and the impact of changing prices.[19]

---

[18]    IFRS   Foundation,   *Statement of Cash Flows*,   at   A1042,   available   at https://www.ifrs.org/content/dam/ifrs/publications/pdf-standards/english/2022/issued/part-a/ias-7 -statement-of-cash-flows.pdf?bypass=on (last visited Oct. 14, 2025).
[19] *Id.* at 1042-43.

60.    IAS 7 sets out the requirement for companies to "report cash flows during the period classified by operating, investing and financing activities."  Specifically, IAS 7.16 requires the company to classify on its statement of cash flows "cash payments to acquire . . . intangibles" and ***"cash receipts from sales of . . . intangibles"*** <u>***as cash flow from investing activities***</u>.  IAS 7.16.  IAS 7.16 is mandatory for all IFRS reporting companies.[20]

61.    These accounting principles are neither complex nor a matter of opinion. Nevertheless, as set forth below, Defendants falsely accounted for sale of Bitcoin to inflate operating cash flow in Bitfarms' financial statements for the fiscal years ended December 31, 2022 and 2023, as well as interim condensed consolidated financial statements for the three and nine months ended September 30, 2023, and September 30, 2024 (collectively, the "Restatement Period Statements and Disclosures").  This false accounting not only violated IFRS but also gave investors a materially false and misleading impression of its operations and prospects.

62.    Importantly, Bitfarms even admitted it had improperly accounted for cash flows after the Class Period.  In its Form 6-K filed on May 14, 2025, the Company admitted as follows:

> During the fourth quarter of 2024, the ***Company changed the presentation of the statements of cash flows and determined that the proceeds from sale of digital assets, which is accounted for as an intangible asset under IAS 38***, ***should be classified as investing activities rather than operating activities***.[21]

63.    SEC Regulation S-X states "[f]inancial statements filed with the [SEC] which are not prepared in accordance with [IFRS] will be presumed to be misleading or inaccurate."  17 C.F.R. § 210/10-01(a).

---

[20] *Id.* at 1044-45.
[21] Bitfarms, Ltd., *Management's Discussions & Analysis For the Three Months Ended March 31, 2025*, filed with the SEC May 14, 2025, https://www.sec.gov/Archives/edgar/data /1812477/000121390025042951/ea024165501ex99-.

64.     Thus, Bitfarms has admitted that its Restatement Period Statements and Disclosures were materially false throughout the Class Period.

**E.  Competitors Correctly Classified Bitcoin Sales as Cash Flow from Investing Activities**

65.     In light of the simplicity of IAS 7 and IAS 38, and the obvious fact that Bitcoin was an intangible asset whose sale was required to be reflected as cash flow from investing activities, Bitfarms' competitors reporting under IFRS reported Bitcoin proceeds as cash flow from investing activities.

66.     For example, Bitdeer Technologies Group ("Bitdeer"), a Bitcoin mining company that follows IFRS, stated in its Form 20-F for the fiscal year ended December 31, 2023, that:

> We account for the ***cryptocurrencies other than USDC as intangible assets*** with indefinite useful lives in our consolidated statements of financial position because, at the time of assessment, there is no foreseeable limit to the period over which such assets are expected to generate cash flows. [22]
>
> ***
>
> *Investing Activities*
>
> ***Net cash generated from investing activities was US$199.9 million for the year ended December 31, 2023, primarily attributable to proceeds from disposal of cryptocurrencies of US$299.1 million*** and proceeds from disposal of financial assets at fair value through profit or loss US$31.1 million, partially offset by (i) purchase of property, plant and equipment, investment properties and intangible assets of US$63.3 million, (ii) purchase of mining machines of US$63.0 million and (iii) purchase of financial assets at fair value through profit or loss of US$4.4 million.
>
> ***Net cash generated from investing activities*** was US$133.8 million for the year ended December 31, 2022, ***primarily attributable to proceeds from disposal of cryptocurrencies of US$561.0 million***, partially offset by (i) purchase of cryptocurrencies of US$286.0 million for investment (lending and purchase of wealth management

---

[22] Bitdeer Technologies Group, *Form 20-F*, filed with the SEC Mar. 28, 2024, at 98, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001899123/000114036124016150/ef200119 374_20f.htm.

product) purposes, (ii) purchase of property, plant and equipment and intangible assets of US$63.2 million, (iii) net fiat currency investment cash outflow of US$30.8 million in unlisted debt instruments, redeemable on demand, (iv) investment in unlisted equity instruments of US$29.5 million and (v) cash paid for asset acquisition, net of cash acquired of US$26.7 million.[23]

67.     Bitdeer reflected the sale of its Bitcoin in the statement of cash flows under investing activities:[24]

| | 2023 |
|---|---|
| **Cash flows from investing activities** | |
| Purchase of property, plant and equipment, investment properties and intangible assets | (63,305) |
| Purchase of mining machines | (63,041) |
| Purchase of financial assets at fair value through profit or loss | (4,400) |
| Proceeds from disposal of financial assets at fair value through profit or loss | 31,111 |
| Purchase of cryptocurrencies | - |
| Loans to related parties | - |
| Repayments from related parties | 322 |
| Lending to a third party | (61) |
| Proceeds from disposal of property, plant and equipment and intangible assets | 73 |
| Proceeds from disposal of mining machines | 27 |
| Proceeds from disposal of cryptocurrencies | 299,128 |
| Disposal of subsidiaries, net of cash disposed of | - |
| Cash paid for asset acquisition, net of cash acquired | - |
| **Net cash generated from investing activities** | 199,854 |

68.     Likewise, Argo Blockchain, PLC ("Argo") is another Bitcoin mining company that adheres to IFRS.  Since switching to treating Bitcoin as an intangible asset like Bitdeer and Bitfarms, Argo has also followed the IFRS-mandated treatment of classifying cash flows from the sale of Bitcoins as cash flow from investing activities.  For example, Argo's Form 20-F filed for the fiscal year ended December 31, 2024 provides:[25]

| | | |
|---|---|---|
| **Investing activities** | | |
| Investments at fair value through profit or loss | | — |
| Investment in associate | | — |
| Cash transferred on disposal of subsidiary | | — |
| Interest received | | 307 |
| Purchase of hedging instruments | | (1,000) |
| Proceeds from sale of hedging instruments | | 487 |
| Proceeds from sale of digital assets | 20 | 47,594 |
| Proceeds from sale of investment/subsidiary | 15 | 6,745 |
| Purchase of tangible fixed assets | 18 | — |
| Proceeds from disposal of tangible fixed assets | | 891 |
| **Net cash used in investing activities** | | 55,024 |

\*\*\*

---

[23] *Id.* at 96.

[24] *Id.* at F-7.

[25]  Argo Blockchain, PLC, *Form 20-F*, filed with the SEC May 15, 2025, at F-7, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001841675/000110465925049311/arbk-20241231x20f.htm. (highlights added).

20

*Investing Activities*

Net cash from investing activities in the year ended December 31, 2024 ***was [$55 million], which was comprised principally of $47.5 million for the sale of intangible assets*** and $6.9 million for the sale of a subsidiary and investment.[26]

69.     The only way proceeds from Bitcoin can be classified as cash flow from operations pursuant to IFRS is (a) when a company elects to treat Bitcoin as inventory under IAS 2 after meeting the requirements to be classified as such or (b) the company is a broker-dealer, in which case Bitcoin is classified as an intangible asset under IAS 38 and the proceeds are accounted as cash flow from operations.

70.     At all relevant times, Bitfarms has never classified its Bitcoin as inventory pursuant to IAS 2, and the circumstances of its business did not permit such classification.  Instead, Bitfarms consistently reported its Bitcoin as an intangible asset, requiring it to be treated in accordance with IAS 38.  In correspondence with the SEC, the Company admitted that "Bitcoin received from a mining pool in exchange for the computational power provided does not clearly fit into the existing guidance of IAS 2, and as a result, the Company has accounted for it as intangible assets under IAS 38."  Furthermore, the Company has never functioned as a broker-dealer; instead, the "Company's primary revenue-generating activity is the sale of its computing power to the mining pool operator, not the sale or production of Bitcoin."

71.     Despite having this actual knowledge, Defendants continued throughout the Class Period to deliberately and incorrectly account for the proceeds from the sale of these intangible assets as cash flow from operating activities in violation of IAS 7.

---

[26] *Id.* at 80.

## F. **Defendants Make Materially False and Misleading Statements During the Class Period**

72.    The Class Period begins on March 21, 2023, when Bitfarms filed an Annual Report on Form 40-F with the SEC, reporting the Company's financial and operational results for the year ended December 31, 2022 (the "2022 40-F").  With respect to the Company's internal control over financial reporting, the 2022 40-F stated, in the relevant part:

INTERNAL CONTROL OVER FINANCIAL REPORTING

*Management's Report on Internal Control Over Financial Reporting*

Management of the Registrant, under the supervision of the Chief Executive Officer and Chief Financial Officer, is responsible for establishing and maintaining an adequate system of "internal control over financial reporting" as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. Internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board. Management, including the Chief Executive Officer and the Chief Financial Officer, have assessed the effectiveness of the Registrant's internal control over financial reporting in accordance with Internal Control - Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO"). ***Based on this assessment, management, including the Chief Executive Officer and the Chief Financial Officer, have determined that the Registrant's internal control over financial reporting was effective as of December 31, 2022***.

*Changes in Internal Control Over Financial Reporting*

Management has not identified any change in the Registrant's internal control over financial reporting that occurred during the fiscal year ending December 31, 2022, that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting.[27]

---

[27] Bitfarms, Ltd., *Form 40-F*, filed the SEC Mar. 21, 2023, at 3-4, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001812477/000121390023021559/f40f2022_bitfarmsltd.htm.

73. The statements identified in Paragraph 72 above were materially false and/or misleading when made because: (i) Bitfarms maintained deficient ICFR; and (ii) Bitfarms was not adhering to IFRS accounting, specifically IAS 7.16(b) and the clear guidance provided by the 2019 Crypto Agenda Decision, when it manipulated cash flow from operating activities to include proceeds from the sale of Bitcoin, which were instead cash flow from investing activities.

74. In its consolidated statements of cash flows for the year ended December 31, 2022, the Company reported $158,674,000 in "proceeds from sales of digital assets mined" and a "cash related to operating activities" figure of $36,250,000.[28]

75. The statements identified in Paragraph 74 above were materially false and/or misleading when made because: (i) the "proceeds from sales of digital assets mined" were not cash flow from operating activities but rather cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; and (ii) as a result of Defendants' manipulation of cash flow classification, the Company's operating cash flow was artificially inflated.

76. In the Management's Discussion and Analysis portion of the 2022 40-F, the Company reported that in Q4 2022 it sold 3,093 Bitcoins, "as the Company used the proceeds to repay its BTC-backed Credit Facility and *to generate cash flows for operations*" and that in full year 2022, the Company sold 9,063 Bitcoins, "as the Company used the proceeds to repay its BTC-backed Credit Facility and *to generate cash flows for operations*."[29]

---

[28] Bitfarms, Ltd., *Consolidated Financial Statements for the Years Ended December 31, 2022 and 2021*, filed with the SEC Mar. 21, 2023, at 8, https://www.sec.gov/Archives/edgar/data/1812477/000121390023021559/f40f2022ex99-2_bitfarmsltd.htm.

[29] Bitfarms, Ltd., *Management's Discussion and Analysis for the Year Ended December 31, 2022*, filed with the SEC Mar. 21, 2023, at 9, https://www.sec.gov/Archives/edgar/data/1812477/000121390023021559/f40f2022ex99-3_bitfarmsltd.htm.

77. The statements identified in Paragraph 76 above were materially false and/or misleading when made because: (i) the proceeds of the 3,093 Bitcoins the Company sold in Q4 2022 and the proceeds of the 9,063 Bitcoins the Company sold in full year 2022 did not "generate cash flows for operations" but rather generated cash flows from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; and (ii) as a result of Defendants' manipulation of cash flow classification, the Company's operating cash flow was artificially inflated.

78. In the notes to the consolidated financial statements regarding its "significant accounting policies," the Company acknowledged understanding that "cryptocurrency . . . is classified as digital assets, and is accounted for under IAS 38, *Intangible Assets*."[30]

79. Appended to the 2022 40-F as exhibits were signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by Defendants Morphy and Lucas, attesting that "[t]he information contained in the [2022 40-F] fairly presents, in all material respects, the financial condition and results of operations of the Company."[31]

80. The statements identified in Paragraph 79 above were materially false and/or misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the "proceeds from sales of digital assets mined" were not cash flow from operating activities but rather cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) the Bitcoin proceeds in Q4 2022 and full year 2022 were not "cash flows from

---

[30] Bitfarms, Ltd., *Consolidated Financial Statements for the Years Ended December 31, 2022 and 2021*, filed with the SEC Mar. 21, 2023, at 14, https://www.sec.gov/Archives/edgar/data/1812477/000121390023021559/f40f2022ex99-2_bitfarmsltd.htm.

[31] Bitfarms, Ltd., Form 40-F filed with the SEC Mar. 21, 2023, Exs. 99.6 & 99.7, available at https://www.sec.gov/Archives/edgar/data/1812477/000121390023021559/f40f2022ex99-6_bitfarmsltd.htm & https://www.sec.gov/Archives/edgar/data/1812477/000121390023021559/f40f2022ex99-7_bitfarmsltd.htm.

operations" but rather cash flows from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iv) as a further result of Defendants' manipulation of cash flow classification, the Company's operating cash flow was artificially inflated; and (v) Defendants Morphy and Lucas had no reasonable basis to certify that 2022 40-F "fairly present[], in all material respects, the financial condition and results of operations of the Company."

81.     That same day, Bitfarms issued a press release announcing the Company's Q4 2022 and full-year 2022 results. The press release quoted Defendant Morphy as stating, in relevant part, "[i]n 2022, we once again ranked among the most cost-effective publicly traded BTC mining companies as we focused on delivering superior performance, particularly during challenging times, *while upholding the highest* mining, operating *and accounting standards*."[32]

82.     The statements identified in Paragraph 81 above were materially false and/or misleading when made because: (i) Bitfarms was not even adhering to baseline IFRS requirements, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, when it falsely classified proceeds from the sale of Bitcoin as cash flow from operating activities to artificially inflate that figure; (ii) Bitfarms maintained deficient ICFR; and (iii) as a result, Defendants had no reasonable basis to assert that they were "upholding the highest…accounting standards."

83.     Also on March 21, 2023, Bitfarms hosted an earnings call with investors and analysts to discuss the Company's Q4 and full year 2022 results (the "Q4 2022 Earnings Call"). During the Q4 2022 Earnings Call, Defendant Morphy stated, in relevant part:

> We ensure our competitive low-cost structure by maintaining strict discipline when evaluating expansion opportunities. We seek out and source stable and surplus sources of energy with attractive pricing to continue to expand with a view to reducing our production

---

[32] Bitfarms, Ltd., *Bitfarms Reports Fourth Quarter and Full Year 2022 Results*, Mar. 21, 2023, https://investor.bitfarms.com/news-releases/news-release-details/bitfarms-reports-fourth-quarter-and-full-year-2022-results.

costs. We utilize and continue to enhance our proprietary mining management software and vertically integrated electrical subsidiary to yield and improve fleet and operational efficiencies. ***We set the standard for [Key Performance Indicators ("KPI")] reporting transparency, maintain the highest standards in financial controls in reporting***, and have been audited by a Big 4 accounting firm since going public in 2017.[33]

84.    The statements identified in Paragraph 83 above were materially false and/or misleading when made because: (i) Bitfarms was not even adhering to baseline IFRS requirements, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, when it falsely classified proceeds from the sale of Bitcoin as cash flow from operating activities to artificially inflate that figure; (ii) Bitfarms maintained deficient ICFR; and (iii) as a result, Defendants had no reasonable basis to assert that they "set the standard for…reporting transparency" or "maintain the highest standards in financial controls in reporting."

85.    In the same call, Defendant Morphy touted the Company's cash flow from operating activities and stated, in relevant part:

> We generated $142 million in revenue and $52 million in adjusted EBITDA in 2022. Our costs remain amongst the lowest in the industry. With our all-in quarterly cash cost to production lower than the quarterly average bitcoin price, ***we again posted positive cash flow from operations in Q4 of 2022, which is an accomplishment as the industry struggles***.[34]

86.    The statements identified in Paragraph 85 above were materially false and/or misleading when made because: (i) Bitfarms did not actually have "positive cash flow from operations in Q4 of 2022"; (ii) Bitfarms had not actually achieved that "accomplishment as the industry struggles"; (iii) the statements omitted that Bitfarms had artificially inflated its "posted"

---

[33] Yahoo! Finance, *Bitfarms Ltd. (NASDAQ:BITF) Q4 2022 Earnings Call Transcript*, Mar. 24, 2023, https://finance.yahoo.com/news/bitfarms-ltd-nasdaq-bitf-q4-112844863.html.
[34] *Id.*

cash flow from operations by falsely including proceeds from the sale of Bitcoin in violation of IFRS accounting, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, when it classified proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities; and (iv) as a result, Bitfarms' statement of cash flows artificially inflated the Company's operating cash flow and presented a false and misleading impression of the Company's operations and prospects.

87.    On May 15, 2023, Bitfarms filed its interim condensed consolidated financial statements and Management's Discussion & Analysis for the Three Months Ended March 31, 2023 on Form 6-K with the SEC (the "Q1 2023 Report").  With respect to internal controls over financial reporting, the Q1 2023 Report stated, in relevant part:

> Management, under the supervision of the CEO and CFO, is also responsible for establishing and maintaining adequate internal controls over financial reporting ("ICFR"). ***Management, under the supervision of the CEO and CFO, has designed ICFR, or caused it to be designed under their supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS***.[35]

88.    The statements identified in Paragraph 87 above were materially false and/or misleading when made because: (i) Defendants had not designed or caused ICFR to be designed "to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS"; (ii) the statements omitted that Defendants were manipulating Bitfarms' reporting of operating cash flow in violation of IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, and that Bitfarms' ICFR permitted

---

[35] Bitfarms, Ltd., *Managemant's* [sic] *Discussion & Analysis for the Three Months Ended March 31, 2023*, filed with the SEC May 15, 2023, at 32, https://www.sec.gov/Archives/edgar/data/1812477/000121390023039295/ea178185ex99-2_bitfarms.htm.

such manipulation; and (iii) the statements omitted that as a result, Bitfarms' financial statements for external purposes were not reliable.

89.    In the Management's Discussion and Analysis portion of the filing, the Company stated that "[c]ash flows from operating activities increased by $41.2 million during Q1 2023 compared to Q1 2022. The increase in net cash flows from operating activities was primarily driven by: [t]he liquidation of 1,267 BTC for total operating proceeds of $28.5 million during Q1 2023, compared to 18 BTC for total proceeds of $0.7 million for the same period in 2022."[36]

90.    The statements identified in Paragraph 89 above were materially false and/or misleading when made because: (i) Bitfarms' cash flows from operating activities had not "increased by $41.2 million during Q1 2023 compared to Q1 2022"; (ii) the referenced Bitcoin liquidation proceeds had nothing whatsoever to do with operating cash flow under IFRS; and (iii) as a result of Defendants' manipulation of cash flows from operations, Bitfarms' reported cash flow from operations was artificially inflated and presented a false and misleading impression of the Company's business operations and prospects.

91.    Appended to the Q1 2023 Report as exhibits were signed Certifications of Interim Filings by Defendants Morphy and Lucas, attesting that (a) they "have reviewed the interim financial report and interim [Management's Discussion and Analysis]"; (b) that "the interim financial report together with the other financial information included in the interim filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the interim filings"; and (c) that the "interim filings do not contain any untrue statement of a material fact or omit to state a material fact required

---

[36] *Id.* at 24.

to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made[.]"[37]

92.     The statements identified in Paragraph 91 were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of Bitcoin was falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the Company's "financial condition, financial performance and [operating] cash flows" were artificially inflated; (iv) as a further result, the interim financial filings did not "fairly present in all material respects the financial condition, financial performance and cash flow" of the Company and the Q1 2023 Report "contain[ed] untrue statement[s] of a material fact"; and (v) Defendants Morphy and Lucas had no reasonable basis to certify that the Q1 2023 Report "fairly present[s] in all material respects the financial condition, financial performance and cash flows of the" Company.

93.     Also on May 15, 2023, Bitfarms hosted an earnings call with investors and analysts to discuss the Company's Q1 2023 results (the "Q1 2023 Earnings Call").  During the Q1 2023 Earnings Call, Defendant Lucas stated, in relevant part:

> Third, in March, with improving economics and lower debt, we started to HODL a portion of our free cash flow, ***reflecting our surplus cash flow from operations*** after our debt service.[38]

---

[37] Bitfarms, Ltd., *Form 6-K*, filed with the SEC May 15, 2023, Exs. 99.3 & 99.4, https://www.sec.gov/Archives/edgar/data/1812477/000121390023039295/ea178185ex99-3_bitfarms.htm  &  https://www.sec.gov/Archives/edgar/data/1812477/000121390023039295/ea178185ex99-4_bitfarms.htm.

[38] SEEKING ALPHA, *Bitfarms Ltd. (BITF) Q1 2023 Earnings Call Transcript* (May 15, 2023), https://seekingalpha.com/article/4604803-bitfarms-ltd-bitf-q1-2023-earnings-call-transcript.

94.    The statements identified in Paragraph 93 above were materially false and/or misleading when made because: (i) Bitfarms had no "surplus cash flow from operations"; and (ii) the cash flow from operations it reported to investors was artificially inflated in violation of IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities.

95.    On June 26, 2023, the SEC Division of Corporation Finance, Office of Crypto Assets, sent a letter to Bitfarms addressed to Defendant Lucas.  In that letter, the SEC asked the Company to justify why it was not classifying proceeds from the sale of Bitcoin as cash from investing activities, rather than as cash from operating activities, as set out in IAS 7.16(b).[39]

96.    On this first partial disclosure of Defendants' accounting misconduct, Bitfarms' stock price fell from a closing price of $1.52 per share on June 23, 2023, the previous trading day, to close at $1.38 per share on June 26, 2023.  Further decline was blunted because the full extent of Bitfarms' violation of IAS 7 and internal control deficiencies were not revealed.

97.    In follow-up correspondence with the SEC dated July 27, 2023, the Company falsely denied violating IAS 7 by claiming it could include cash flows from the sale of intangible assets as operating cash flows under IAS 7.14, which was contrary to IFRS: "IAS 7.14 describes cash flows from operating activities as being primarily derived from the principal revenue-

---

[39] Division of Corporation Finance Office of Crypto Assets, *Re: Bitfarms Ltd Form 40-F for the Fiscal Year Ended December 31, 2022 Filed March 21, 2023 File No. 001-40370*, SEC (June 26, 2023), https://www.sec.gov/Archives/edgar/data/1812477/000000000023006775/filename1.pdf.

producing activities of the entity. Therefore, cash flows from operations generally result from the transactions and other events that enter into the determination of profit or loss."[40]

98.    Incredibly, Defendants' July 27, 2023, letter misrepresented that "[t]he ***Company has benchmarked its presentation against the presentation in the financial statements by its peers in their filings with the Commission and observed that its approach is consistently utilized by others within the industry and under International Financial Reporting Standards ("IFRS")***."[41]

99.    The statements identified in Paragraph 98 above were materially false and/or misleading when made because: (i) Bitfarms' IFRS-reporting "peers"  did not classify proceeds from sales of intangible assets as cash flow from operations; (ii) Bitfarms' "approach [was] not consistently utilized by others within the industry"; (iii) as set forth in Paragraphs 65 through 71, other Bitcoin mining companies that adhered to IFRS classified sales of intangible assets (including Bitcoin treated as intangible assets) as cash flow from ***investing activities***; and (iv) Bitfarms was not adhering to IFRS accounting, specifically IAS 7.16(b) and the clear guidance provided by the 2019 Crypto Agenda Decision, when it manipulated cash flow from operating activities to include proceeds from the sale of Bitcoin, which were cash flow from investing activities.

100.    On August 8, 2023, Bitfarms filed its interim condensed consolidated financial statements and Management's Discussion & Analysis for the Three and Six Months Ended June

---

[40] Jeffrey Lucas, *Re: Bitfarms Ltd Form 40-F for the Fiscal Year Ended December 31, 2022 Filed March 21, 2023 File No. 001-40370*, Bitfarms, Ltd., at 1-2 (July 27, 2023), https://www.sec.gov/ Archives/edgar/data /1812477/000121390023060252/filename1.htm.
[41] *Id*. at 2.

30, 2023 on Form 6-K with the SEC (the "Q2 2023 Report"). With respect to internal controls over financial reporting, the Q2 2023 Report stated, in relevant part:

> Management, under the supervision of the CEO and CFO, is also responsible for establishing and maintaining adequate internal controls over financial reporting ("ICFR"). ***Management, under the supervision of the CEO and CFO, has designed ICFR, or caused them to be designed under their supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS.***[42]

101.    The statements identified in Paragraph 100 above were materially false and/or misleading when made because: (i) Defendants had not designed or caused ICFR to be designed "to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS"; (ii) the statements omitted that Defendants were manipulating Bitfarms' reporting of operating cash flow in violation of IFRS, and that Bitfarms' ICFR permitted such manipulation; (iii) the statements omitted that as a result, Bitfarms' financial statements for external purposes were not reliable; and (iv) the statements omitted that the SEC had expressly warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow appeared inconsistent with IFRS.

102.    In the interim consolidated statements portion of the Q2 2023 Report, the Defendants classified $59,370,000 in "[p]roceeds from sale of digital assets mined" as cash flows from operating activities.[43]

---

[42] Bitfarms, Ltd., *Managemant's* [sic] *Discussion & Analysis for the Three and Six months Ended June 30, 2023*, filed with the SEC Aug. 8, 2023, at 36, https://www.sec.gov/Archives/edgar/data/1812477/000121390023064235/ea182765ex99-2_bitfarms.htm.

[43] Bitfarms, Ltd., *Interim Condensed Consolidated Financial Statements for the Three and Six Months Ended June 30, 2023 and 2022*, filed with the SEC Aug. 8, 2023, at 6, https://www.sec.gov/Archives/edgar/data/1812477/000121390023064235/ea182765ex99-1_bitfarms.htm.

103.    The statements identified in Paragraph 102 above were materially false and/or misleading when made because none of the proceeds from the sale of digital assets mined constituted or could properly be called cash flows from operating activities under IFRS accounting, specifically IAS 7.16(b) and the clear guidance provided by the 2019 Crypto Agenda Decision.

104.    Appended to the Q2 2023 Report as exhibits were signed Certifications of Interim Filings by Defendants Morphy and Lucas, attesting that (a) they "have reviewed the interim financial report and interim [Management's Discussion and Analysis]"; (b) that "the interim financial report together with the other financial information included in the interim filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the interim filings"; and (c) that the "interim filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made."[44]

105.    The statements identified in Paragraph 104 were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of Bitcoin was falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the Company's "financial condition, financial performance and [operating] cash flows" were artificially inflated; (iv) as a further result, the interim financial filings did not "fairly present in all material respects the financial condition,

---

[44]    Bitfarms, Ltd., *Form 6-K*, filed with the SEC Aug. 8, 2023, Exs. 99.3 & 99.4, https://www.sec.gov/Archives/edgar/data/1812477/000121390023064235/ea182765ex99-3_bitfarms.htm & https://www.sec.gov/Archives/edgar/data/1812477/0001213900230 64235/ ea182765ex99-4_bitfarms.htm.

financial performance and cash flow" of the Company and the Q2 2023 Report "contain[ed] untrue statement[s] of a material fact"; (v) Defendants Morphy and Lucas had no reasonable basis to certify that the Q2 2023 Report "fairly present[s] in all material respects the financial condition, financial performance and cash flows of the" Company; and (vi) the statements omitted that the material fact that the SEC had expressly warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow appeared inconsistent with IFRS.

106.    Also on August 8, 2023, Bitfarms hosted an earnings call with investors and analysts to discuss the Company's Q2 2023 results (the "Q2 2023 Earnings Call").  During the Q2 2023 Earnings Call, Defendant Morphy stated, in relevant part:

> I'll begin by emphasizing that we have built a quality portfolio of assets and the resources to manage them very effectively. Together with ongoing investments, they provide investors with excellent exposure to rising Bitcoin prices, particularly as we approach the next Bitcoin having.
>
> To capitalize on this further, we are executing an aggressive and disciplined growth strategy to optimize overall risk returns while managing risks. Pillars of our growth strategy are responsible capital deployment, reinvestment in our fleet with the latest and miner technology, continued geographic diversification, ***adherence to strong financial and operating controls***, audited by a big four accounting firm since incorporation over five years ago, and we have the most highly experienced and accomplished team supporting our global growth.[45]

107.    The statements identified in Paragraph 106 above were materially false and/or misleading when made because: (i) Bitfarms did not "adhere[] to strong operating and financial controls"; (ii) the statements omitted that Bitfarms had maintained deficient ICFR; (iii) the statements omitted that Bitfarms violated IFRS, specifically IAS 7.16(b) and the 2019 Crypto

---

[45] SEEKING ALPHA, *Bitfarms Ltd. (BITF) Q2 2023 Earnings Call Transcript*, Aug. 8, 2023, https://seekingalpha.com/article/4625524-bitfarms-ltd-bitf-q2-2023-earnings-call-transcript.

Agenda Decision, by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities; and (iv) the statements omitted that the SEC had notified Defendants that the correct interpretation of IAS 7.16(b) appeared to require the classification of the proceeds from Bitcoin sales as cash flow from investing activities.

108.    On September 18, 2023, the SEC Division of Corporation Finance responded to Defendants' July 27, 2023, correspondence.  In that letter, the SEC Division of Corporation Finance acknowledged the Defendants' position but noted that it was in clear conflict with express IFRS accounting standards and demanded that the Defendants provide further explanation for their position:

> We acknowledge your response to comment 1. IAS 7.16 states that only expenditures that result in a recognised asset in the statement of financial position are eligible for classification as investing activities and examples of cash flows arising from investing activities include cash receipts from sales of property, plant and equipment, intangibles and other long-term assets. We note that your digital assets are classified as an intangible asset, even though you classify this asset as a current asset. Your discussion of IAS 7.16(b) seems to dismiss its applicability simply because your digital assets are classified as current assets. Since we note that IAS 7.16(b) specifically refers to sales of intangible assets, please tell us further about your consideration of this guidance.[46]

109.    The Defendants never provided a reasonable basis under IFRS for classifying proceeds from the sale of an intangible asset (Bitcoin) as cash flow from operations; yet, they continued to misrepresent the Company's cash flow from operations and compliance with applicable accounting standards and regulations.

---

[46] Division of Corporation Finance Office of Crypto Assets, *Re: Bitfarms Ltd Form 40-F for the Fiscal Year Ended December 31, 2022 Filed March 21, 2023 File No. 001-40370 Response Dated July 27, 2023,* SEC (Sept. 18, 2023) at 1-2, https://www.sec.gov/Archives/edgar /data/1812477/000000000023010255/filename1.pdf.

110.    On November 7, 2023, Bitfarms filed its interim condensed consolidated financial statements and Management's Discussion & Analysis for the Three and Nine Months Ended September 30, 2023, on Form 6-K with the SEC (the "Q3 2023 Report").  With respect to internal controls over financial reporting, the Q3 2023 Report stated, in relevant part:

> Management, under the supervision of the CEO and CFO, is also responsible for establishing and maintaining adequate internal controls over financial reporting ("ICFR"). ***Management, under the supervision of the CEO and CFO, has designed ICFR, or caused them to be designed under their supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS***.[47]

111.    The statements identified in Paragraph 110 above were materially false and/or misleading when made because: (i) Defendants had not designed or caused ICFR to be designed "to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS"; (ii) the statements omitted that Defendants were manipulating Bitfarms' reporting of operating cash flow in violation of IFRS, and that Bitfarms' ICFR permitted such manipulation; (iii) the statements omitted that as a result, Bitfarms' financial statements for external purposes were not reliable; and (iv) the statements omitted that the SEC had expressly warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow appeared to violate IFRS.

---

[47] Bitfarms, Ltd., *Management's Discussion & Analysis For the Three and Nine Months Ended September 30, 2023*, filed with the SEC Nov. 7, 2023, at 42, https://www.sec.gov/Archives/edgar/data/1812477/000121390023084011/ea187624ex99-2_bitfarms.htm.

112.    In the interim consolidated statements portion of the Q3 2023 Report, the Defendants classified $87,724,000 in "[p]roceeds from sale of digital assets earned" as cash flows from operating activities.[48]

113.    The statements identified in Paragraph 112 above were materially false and/or misleading when made because none of the proceeds from the sale of digital assets constituted or could properly be called cash flows from operating activities under IAS 7.14(b) and the 2019 Crypto Agenda Decision.

114.    Appended to the Q3 2023 Report as exhibits were signed Certifications of Interim Filings by Defendants Morphy and Lucas, attesting that (a) they "have reviewed the interim financial report and interim [Management's Discussion and Analysis]"; (b) that "the interim financial report together with the other financial information included in the interim filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the interim filings"; and (c) that the "interim filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made."[49]

115.    The statements identified in Paragraph 114, were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of Bitcoin was

---

[48] Bitfarms, Ltd., *Interim Condensed Consolidated Financial Statements for the Three and Nine Months Ended September 30, 2023 and 2022*, filed with the SEC Nov. 7, 2023, at 6, https://www.sec.gov/Archives/edgar/data/1812477/000121390023084011/ea187624ex99-1_bitfarms.htm.

[49] Bitfarms, Ltd., *Form 6-K*, filed with the SEC Nov. 7, 2023, Exs. 99.3 & 99.4, https://www.sec.gov/Archives/edgar/data/1812477/000121390023084011/ea187624ex99-3_bitfarms.htm & https://www.sec.gov/Archives/edgar/data/1812477/000121390023084011/ea187624ex99-4_bitfarms.htm.

falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the Company's "financial condition, financial performance and [operating] cash flows" were artificially inflated; (iv) as a further result, the interim financial filings did not "fairly present in all material respects the financial condition, financial performance and cash flow" of the Company and the Q3 2023 Report "contain[ed] untrue statement[s] of a material fact"; (v) Defendants Morphy and Lucas had no reasonable basis to certify that the Q3 2023 Report "fairly present[s] in all material respects the financial condition, financial performance and cash flows of the" Company; and (vi) the statements omitted that the material fact that the SEC had expressly warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow appeared to violate with IFRS.

116.     During this period, analysts echoed the Company's false claims about operating cash flow, emphasizing it as a positive factor.  For example, the day after the Company filed its Q3 2023 Report, on November 8, 2023, analysts at Compass Point Research & Trading, LLC noted the vast amounts of capital expenditure that Bitfarms needed to update its fleet of miners, but that the Company had enough "ongoing operating cash flows to pay for the expansions."[50]

117.     On November 28, 2023, the Company hosted an analyst call regarding its capital expenditures.  During the call, Defendant Morphy correlated the upgrade to Bitfarms' mining fleet with larger cash flow from operations.  Specifically, Morphy stated, "***with this upgrade here, [we will] be generating more cash flow from operations***."[51]

---

[50] Chase White & Joe Flynn, *BITF 3Q23 Earnings Update — Maintain Buy, Increase PT to $3.75*, COMPASS POINT RESEARCH & TRADING LLC (Nov. 8, 2023), at 1.
[51] Bloomberg, *Bitfarms Ltd/Canada (BITF CN Equity) – Business Update Call – Final Transcript* (Nov. 28, 2023), at 8.

118.    The statements identified in Paragraph 117 above were materially false and/or misleading when made because: (i) by stating that the Company could generate "more cash flow from operations," the statements necessarily implied that it was already generating some cash flow from operations, which it was not; and (ii) the cash flow from operations it reported to investors was artificially inflated in violation of IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities.

119.    On January 17, 2024, the Defendants participated in the 26th Annual Needham Growth Conference. During the conference, Morphy boasted that "[w]e've been audited by a big four audit firm since our inception.  We have a strong balance sheet.  We have liquidity, we have access to capital, *and we've really worked on the SOX controls and internal controls*.  We have an independent board.  These type of things matter, particularly as you grow and move forward."[52]

120.    The statements identified in Paragraph 119 above were materially false and/or misleading when made because the statements omitted that: (i) Bitfarms maintained deficient ICFR; (ii) that Bitfarms was not adhering to IFRS accounting, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) the Company had been warned by the SEC that its presentation of operating cash flows appeared to violate IFRS; and (iv) Morphy and Bitfarms knew that the "big four audit firm" they touted would not require strict adherence to accounting standards, as it had signed off on financial statements that the Company admitted prior to the Class Period were materially false.

---

[52] Bloomberg, *Bitfarms Ltd/Canada (BITF CN Equity) – 26th Annual Needham Growth Conference – Final Transcript* (Jan. 17, 2024), at 2.

121.    On March 7, 2024, Bitfarms filed an Annual Report on Form 40-F with the SEC, reporting the Company's financial and operational results for the year ended December 31, 2023 (the "2023 40-F").  For the year ended December 31, 2023, the Company reported $129,309,000 in "proceeds from sales of digital assets earned" and a "cash related to operating activities" figure of $23,598,000 in its consolidated statements of cash flows.[53]

122.    The statements identified in Paragraph 121 above were materially false and/or misleading when made because: (i) none of the proceeds from the sale of digital assets mined constituted or could properly be called cash flows from operating activities proceeds; and (ii) the statements omitted that the Company had twice been warned by the SEC that it was accounting for operating cash flows in a manner that appeared to violate IFRS.

123.    Appended to the 2023 40-F as exhibits were signed certifications pursuant to SOX by Defendants Morphy and Lucas, attesting that "[t]he information contained in the [2023 40-F] fairly presents, in all material respects, the financial condition and results of operations of the Company."[54]

124.    The statements identified in Paragraph 123, were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of the mined Bitcoin was falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the "information contained in the

---

[53] Bitfarms, Ltd., *Consolidated Financial Statements for the Years Ended December 31, 2023 and 2022*, filed with the SEC Mar. 7, 2023, at 7, https://www.sec.gov/Archives/edgar/data/181 2477/000121390024020602/ea0200005ex99-2_bitfarms.htm.

[54] Bitfarms, Ltd., *Form 40-F*, Exs. 99.6 & 99.7, https://www.sec.gov/Archives/edgar/data/1812 477/000121390024020602/ea0200005ex99-6_bitfarms.htm  &  https://www.sec.gov/Archives /edgar/data/1812477/000121390024020602/ea0200005ex99-7_bitfarms.htm.

2023 40-F [did not] fairly present[], in all material respects, the financial condition and results of operations of the Company; and (vi) the statements omitted that the material fact that the SEC had twice warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow was non-complaint with IFRS.

125.    Also on March 7, 2024, Bitfarms hosted an earnings call with investors and analysts to discuss the Company's Q4 2023 and full year 2023 results (the "Q4 2023 Earnings Call"). During the Q4 2023 Earnings Call, Defendant Morphy stated, in relevant part:

> Bitfarms is a vertically integrated global Bitcoin mining company that provides investors with high-quality exposure to Bitcoin. Through our publicly traded shares, we are democratizing and making available to investors exposure to some of the world's best-built, best-operated and lowest cost Bitcoin mining operations ***and the operating cash flows they generate***.[55]

126.    The statements identified in Paragraph 125 above were materially false and/or misleading when made because: (i) when properly accounted for, Bitfarms had no positive operating cash flows; (ii) the cash flow from operations it reported to investors was artificially inflated in violation of IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision, by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities; and (iii) the statements omitted that the Company had twice been warned by the SEC that it was accounting for operating cash flows in a manner that appeared to violate IFRS.

127.    On May 15, 2024, Bitfarms filed its interim condensed consolidated financial statements and Management's Discussion & Analysis for the Three Months Ended March 31, 2024, on Form 6-K with the SEC (the "Q1 2024 Report"). In that report, the Defendants classified

---

[55] SEEKING ALPHA, *Bitfarms Ltd. (BITF) Q4 2023 Earnings Call Transcript* (Mar. 7, 2024), https://seekingalpha.com/article/4676684-bitfarms-ltd-bitf-q4-2023-earnings-call-transcript.

$49,570,000 in "[p]roceeds from sale of digital assets earned" as cash flows from operating activities.[56]

128.    The statements identified in Paragraph 127 above were materially false and/or misleading when made because: (i) none of the proceeds from the sale of digital assets constituted or could properly be called cash flows from operating activities proceeds under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (ii) as a result, the cash flow from operations the Company reported to investors was artificially inflated in violation of IFRS, by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities; and (iii) the statements omitted that the Company had twice been warned by the SEC that it was accounting for operating cash flows in a manner that appeared to violate IFRS.

129.    The Q1 2024 Report further stated that the Company's "[c]ash flows from operating activities amounted to $18.3 million during Q1 2024 . . . primarily driven by: [a]n *increase in proceeds from sale of digital assets earned of $21.1 million as a result of selling BTC* in Q1 2024 with significantly higher prices compared to Q1 2023."[57]

130.    The statements identified in Paragraph 129 above were materially false and/or misleading when made because: (i) none of the proceeds from the sale of digital assets constituted or could properly be called cash flows from operating activities proceeds under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (ii) as a result, the cash flow from operations

---

[56] Bitfarms, Ltd., *Interim Condensed Consolidated Financial Statements for the Three Months Ended March 31, 2024 and 2023*, filed with the SEC May 15, 2024, at 6, https://www.sec.gov/Archives/edgar/data/1812477/000121390024043172/ea020563101ex99-1_bitfarms.htm.

[57] Bitfarms, Ltd., *Management's Discussion & Analysis for the Three Months Ended March 31, 2024*, filed with the SEC May 15, 2024, at 28, https://www.sec.gov/Archives/edgar/data/1812477/000121390024043172/ea020563101ex99-2_bitfarms.htm.

the Company reported to investors was artificially inflated in violation of IFRS, by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities; and (iii) the statements omitted that the Company had twice been warned by the SEC that it was accounting for operating cash flows in a manner that appeared to violate IFRS.

131.    With respect to internal controls over financial reporting, the Q1 2024 Report stated, in relevant part:

> Management, under the supervision of the Interim CEO and CFO, is also responsible for establishing and maintaining adequate internal controls over financial reporting ("ICFR"). ***Management, under the supervision of the Interim CEO and CFO, has designed ICFR, or caused them to be designed under their supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS Accounting Standards.***[58]

132.    The statements identified in Paragraph 131 above were materially false and/or misleading when made because: (i) Defendants had not designed or caused ICFR to be designed "to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS Accounting Standards"; (ii) the statements omitted that Defendants were manipulating Bitfarms' reporting of operating cash flow in violation of IFRS, and that Bitfarms' ICFR permitted such manipulation; (iii) the statements omitted that as a result, Bitfarms' financial statements for external purposes were not reliable; and (iv) the statements omitted that the SEC had expressly warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow was not compliant with IFRS.

---

[58] *Id.* at 38.

133.    Appended to the Q1 2024 Report as an exhibit was a signed Certifications of Interim Filings by Defendant Lucas, attesting that (a) he has "reviewed the interim financial report and interim [Management's Discussion and Analysis]"; (b) that "the interim financial report together with the other financial information included in the interim filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the interim filings"; and (c) that the "interim filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made."[59]

134.    The statements identified in Paragraph 133 were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of Bitcoin was falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the Company's "financial condition, financial performance and [operating] cash flows" were artificially inflated; (iv) as a further result, the interim financial filings did not "fairly present in all material respects the financial condition, financial performance and cash flow" of the Company and the Q1 2024 Report "contain[ed] untrue statement[s] of a material fact"; (v) Defendants Morphy and Lucas had no reasonable basis to certify that the Q1 2024 Report "fairly present[s] in all material respects the financial condition, financial performance and cash flows of the" Company; and (vi) the statements omitted that the

---

[59] Bitfarms, Ltd., *Form 6-K*, filed with the SEC May 15, 2024, https://www.sec.gov/Archives/edgar/data/1812477/000121390024043172/ea020563101ex99-3_bitfarms.htm & https://www.sec.gov/Archives/edgar/data/1812477/000121390024043172/ea020563101ex99-4_bitfarms.htm.

material fact that the SEC had repeatedly warned Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow was not complaint with IFRS.

135.    In a letter dated July 31, 2024, the SEC Division of Corporation Finance instructed Defendants to "revise to classify the proceeds from sales of your digital assets, which are classified as intangible assets, within investing activities consistent with the requirements of IAS 7.16(b)."[60] Despite this very clear instruction, Defendants continued to misreport cash flow in violation of IAS 7.16(b).

136.    On August 8, 2024, Bitfarms filed its interim condensed consolidated financial statements for the three and six months ended June 30, 2024, on Form 6-K with the SEC (the "Q2 2024 Report").  The Q2 2024 Report stated that the Company's "[c]ash flows from operating activities amounted to $27.9 million during YTD Q2 2024 . . . primarily driven by: [a]n **increase in proceeds from sale of digital assets earned of $24.0 million as a result of selling BTC** in YTD Q2 2024 with significantly higher prices compared to YTD Q2 2023."[61]

137.    The statements identified in Paragraph 136 above were materially false and/or misleading when made because: (i) none of the proceeds from the sale of digital assets constituted or could properly be called cash flows from operating activities proceeds under IFRS, and specifically, IAS 17.6(b) and the 2019 Crypto Agenda Decision; and (ii) the statements omitted that the SEC had instructed the Company to "revise to classify the proceeds from sales of your digital assets . . . within investing activities consistent with the requirements of IAS 7.16(b)."

---

[60] Division of Corporation Finance Office of Crypto Assets, *Re: Bitfarms Ltd Form 40-F for the Fiscal Year Ended December 31, 2022 Filed March 21, 2023 Response Dated February 1, 2024 File No. 001-40370*, SEC (July 31, 2024) at 1, https://www.sec.gov/Archives/edgar/data/1812477/000000000024008726/filename1.pdf.

[61] Bitfarms, Ltd., *Management's Discussion & Analysis for the Three and Six Months Ended June 30, 2024*, filed with the SEC Aug. 8, 2024, at 36, https://www.sec.gov/Archives/edgar/data/1812477/000121390024066331/ea021044401ex99-2_bitfarms.htm.

138.    In the Q2 2024 Report, the Company reassured investors that there would be no "significant impact on the Company's Financial Statements" stemming from the Amendments to IAS 7.[62]

139.    The statements identified in Paragraph 138 above were materially false and/or misleading when made because they omitted that: (i) Bitfarms was violating both the former and amended versions of IAS 7 by falsely classifying proceeds from the sale of Bitcoin as cash flow from operating activities instead of cash flow from investing activities; (ii) the SEC had told the Company it was violating IAS 7.16(b) by misclassifying Bitcoin proceeds as cash flow from operations; and (iii)  the SEC had instructed the Company to "revise to classify the proceeds from sales of your digital assets . . . within investing activities consistent with the requirements of IAS 7.16(b)."

140.    With respect to internal controls over financial reporting, the Q2 2024 Report stated, in relevant part:

> Management, under the supervision of the CEO and CFO, is also responsible for establishing and maintaining adequate internal controls over financial reporting ("ICFR"). **_Management, under the supervision of the CEO and CFO, has designed ICFR, or caused them to be designed under their supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS Accounting Standards_**.[63]

---

[62] Bitfarms, Ltd., _Interim Condensed Consolidated Financial Statements for the Three and Six Months Ended June 30, 2024 and 2023_, filed with the SEC Aug. 8, 2024, at 10, https://www.sec.gov/Archives/edgar/data/1812477/000121390024066331/ea021044401ex99-1_bitfarms.htm.

[63] Bitfarms, Ltd., _Management's Discussion & Analysis for the Three and Six Months Ended June 30, 2024_, filed with the SEC Aug. 8, 2024, at 48, https://www.sec.gov/Archives/edgar/data/1812477/000121390024066331/ea021044401ex99-2_bitfarms.htm.

141.    The statements identified in Paragraph 140 above were materially false and/or misleading when made because: (i) Defendants had not designed or caused ICFR to be designed "to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS Accounting Standards"; (ii) the statements omitted that Defendants were manipulating Bitfarms' reporting of operating cash flow in violation of IFRS, and that Bitfarms' ICFR permitted such manipulation; (iii) the statements omitted that as a result, Bitfarms' financial statements for external purposes were not reliable; (iv) the statements omitted that the SEC had expressly told Defendants that their treatment of the proceeds of Bitcoin sales as operating cash flow violated IFRS; and (v) the SEC had instructed the Company to "revise to classify the proceeds from sales of your digital assets . . . within investing activities consistent with the requirements of IAS 7.16(b)."

142.    Appended to the Q2 2024 Report as exhibits were signed Certifications of Interim Filings by Defendants Gagnon and Lucas, attesting that (a) they "have reviewed the interim financial report and interim [Management's Discussion and Analysis]"; (b) that "the interim financial report together with the other financial information included in the interim filings fairly present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the interim filings"; and (c) that the "interim filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made."[64]

---

[64]    Bitfarms, Ltd., *Form 6-K*, filed with the SEC Aug. 8, 2024, Exs. 99.3 & 99.4, https://www.sec.gov/Archives/edgar/data/1812477/000121390024066331/ea021044401ex99-3_bitfarms.htm & https://www.sec.gov/Archives/edgar/data/1812477/000121390024066331/ea021044401ex99-4_bitfarms.htm.

143.    The statements identified in Paragraph 142 were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of Bitcoin was falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the Company's "financial condition, financial performance and [operating] cash flows" were artificially inflated; (iv) as a further result, the interim financial filings did not "fairly present in all material respects the financial condition, financial performance and cash flow" of the Company and the Q2 2024 Report "contain[ed] untrue statement[s] of a material fact"; (v) Defendants Gagnon and Lucas had no reasonable basis to certify that the Q2 2024 Report "fairly present[s] in all material respects the financial condition, financial performance and cash flows of the" Company; and (vi) the statements omitted that the material fact that the SEC had instructed the Company to "revise to classify the proceeds from sales of your digital assets . . . within investing activities consistent with the requirements of IAS 7.16(b)."

144.    On August 8, 2024, ATB CAPITAL MARKETS repeated management's misleading statements about operating cash flow, reporting that "[t]he Company stated that with $200mm in liquidity available and the *expectation for positive cash from operations* in the coming quarters, BITF has sufficient liquidity on hand to fund its ambitious growth plans, which requires ~$140mm in additional capex."[65]

145.    Similarly, in an August 28, 2024, SEEKING ALPHA article, the author noted that the Company has "its good points, such as their more efficient operating model, *positive cash flows*

---

[65] Martin Toner and Eric Livshits, Q2/24: Ben's Vision For Bitfarms, ATB CAPITAL MARKETS, Aug. 8, 2024, at 4.

*from operations*, a decent cash balance, lack of debt, and better overall strategic sense of their business."  The author highlighted that "[o]*perating cash flows from the six months ending June 2024 were up significantly compared the prior year, indicating their ability to scale effectively*."[66]

146.    On November 13, 2024, Bitfarms filed its interim condensed consolidated financial statements for the three and nine months ended September 30, 2024, on Form 6-K with the SEC (the "Q3 2024 Report").  The Q3 2024 Report stated that the Company's "[c]ash flows from operating activities amounted to $14.1 million during YTD Q3 2024 . . . primarily driven by: [a]n increase in proceeds from sale of digital assets earned of $23.5 million as a result of selling BTC in YTD Q3 2024 with significantly higher prices compared to YTD Q3 2023."[67]

147.    The statements identified in Paragraph 146 above were materially false and/or misleading when made because: (i) cash flows from operating activities were not actually $14.1 million because they included the proceeds from the sale of digital assets; (ii) none of the proceeds from the sale of digital assets constituted or could properly be called cash flows from operating activities proceeds under IFRS, and specifically, IAS 7.16(b) and the 2019 Crypto Agenda Decision; and (iii) the statements omitted that the material fact that the SEC had instructed the Company to "revise to classify the proceeds from sales of your digital assets . . . within investing activities consistent with the requirements of IAS 7.16(b).

---

[66] Joseph Parrish, *Bitfarms: Blend Of Good And Bad News Makes For A Riveting Hold*, SEEKING ALPHA, Aug. 28, 2024, https://seekingalpha.com/article/4717551-bitfarms-blend-of-good-and-bad-news-makes-riveting-hold.

[67] Bitfarms, Ltd., *Management's Discussion & Analysis for the Three and Nine Months Ended September 30, 2024*, filed with the SEC Nov. 13, 2024, at 38, https://www.sec.gov/Archives/edgar/data/1812477/000121390024097122/ea022036001ex99-2_bitfarms.htm.

148.    With respect to internal controls over financial reporting, the Q2 2024 Report

stated, in relevant part:

> Management, under the supervision of the CEO and CFO, is also responsible for establishing and maintaining adequate internal controls over financial reporting ("ICFR"). ***Management, under the supervision of the CEO and CFO, has designed ICFR, or caused them to be designed under their supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS Accounting Standards.*** [68]

149.    The statements identified in Paragraph 148 above were materially false and/or

misleading when made because: (i) Defendants had not designed or caused ICFR to be designed

"to provide reasonable assurance regarding the reliability of financial reporting and the preparation

of financial statements for external purposes in accordance with IFRS Accounting Standards"; (ii)

the statements omitted that Defendants were manipulating Bitfarms' reporting of operating cash

flow in violation of IFRS, and that Bitfarms' ICFR permitted such manipulation; (iii) the

statements omitted that as a result, Bitfarms' financial statements for external purposes were not

reliable; (iv) the statements omitted that the SEC had expressly told Defendants that their treatment

of the proceeds of Bitcoin sales as operating cash flow violated IFRS; and (v) the SEC had

instructed the Company to "revise to classify the proceeds from sales of your digital assets . . .

within investing activities consistent with the requirements of IAS 7.16(b)."

150.    Appended to the Q3 2024 Report as exhibits were signed Certifications of Interim

Filings by Defendants Gagnon and Lucas, attesting that (a) they "have reviewed the interim

financial report and interim [Management's Discussion and Analysis]"; (b) that "the interim

financial report together with the other financial information included in the interim filings fairly

---

[68] *Id.* at 50.

present in all material respects the financial condition, financial performance and cash flows of the issuer, as of the date of and for the periods presented in the interim filings"; and (c) that the "interim filings do not contain any untrue statement of a material fact or omit to state a material fact required to be stated or that is necessary to make a statement not misleading in light of the circumstances under which it was made."[69]

151.    The statements identified in Paragraph 150 were materially misleading when made because: (i) Bitfarms maintained deficient ICFR; (ii) the proceeds from the sale of Bitcoin was falsely classified as cash flow from operations rather than cash flow from investing activities under IFRS, specifically IAS 7.16(b) and the 2019 Crypto Agenda Decision; (iii) as a result of Defendants' manipulation of cash flow classification, the Company's "financial condition, financial performance and [operating] cash flows" were artificially inflated; (iv) as a further result, the interim financial filings did not "fairly present in all material respects the financial condition, financial performance and cash flow" of the Company and the Q3 2024 Report "contain[ed] untrue statement[s] of a material fact"; (v) Defendants Gagnon and Lucas had no reasonable basis to certify that the Q3 2024 Report "fairly present[s] in all material respects the financial condition, financial performance and cash flows of the" Company; and (vi) the statements omitted that the material fact that the SEC  had instructed the Company to "revise to classify the proceeds from sales of your digital assets . . . within investing activities consistent with the requirements of IAS 7.16(b)."

---

[69]  Bitfarms, Ltd., *Form 6-K*, filed with the SEC Nov. 13, 2024, Exs. 99.3 & 99.4, https://www.sec.gov/Archives/edgar/data/1812477/000121390024097122/ea022036001ex99-3_bitfarms.htm  &  https://www.sec.gov/Archives/edgar/data/1812477/000121390024097122/ea022036001ex99-4_bitfarms.htm.

152.    On November 21, 2024, the SEC Division of Corporation Finance rejected Defendants' attempts to persuade it to reconsider its position on properly classifying Bitcoin sales proceeds under IAS 7.16(b).  The SEC affirmed that, "consistent with the requirements of IAS 7.16(b)," Defendants should "classify the proceeds from the sales of your digital assets classified as intangible assets within investing activities."[70]

153.    On this further partial disclosure, Bitfarms' stock price fell by $0.17 from a closing price of $2.17 per share on November 20, 2024, before rebounding to close at $2.05 per share on November 21, 2024.  An even further decline was prevented because Defendants still had not disclosed the full impact of Bitfarms' violation of IAS 7 or the full extent of its material weaknesses in internal controls for financial reporting.

## G. Defendants Admit to False Accounting

154.    On December 9, 2024, the Company issued a press release entitled "Bitfarms Announces Restatement of Previously Issued Financial Statements."  The press release stated, in relevant part:

> Bitfarms [. . .] today announced that, in connection with the Securities and Exchange Commission's ("SEC") review of its annual report for the fiscal year ended December 31, 2023 (the "SEC Review"), and in consultation with its Audit Committee of the Board of Directors and management, the Company has determined that its previously issued consolidated financial statements for the fiscal years ended December 31, 2023 and 2022 and the related management's discussion and analysis for the year ended December 31, 2023, as well as the unaudited interim condensed consolidated financial statements for the three and nine months ended September 30, 2024 and 2023 (such interim periods together with the fiscal years ended December 31, 2023 and 2022, the "Restatement Periods") and the related management's discussion and analysis for

---

[70] Division of Corporation Finance Office of Crypto Assets, *Re: Bitfarms Ltd. Form 40-F for the Fiscal Year Ended December 31, 2023 Response dated September 9, 2024 File No. 001-40370*, SEC (Nov. 21, 2024), https://www.sec.gov/Archives/edgar/data/1812477/000000000024012929/filename1.pdf.

the three and nine months ended September 30, 2024, should be restated to correct a material error in the classification of proceeds derived from the sale of digital assets.

\*\*\*

***Bitfarms previously categorized proceeds derived from the sale of digital assets as a cash flow from operating activities. In conjunction with the SEC review, it was determined that proceeds from the sale of digital assets should be classified as cash flow from investing activities. Due to the materiality of the error in classification, the Company is restating the financial statements for the Restatement Periods. In addition to the correction to the consolidated statements of cash flows, the Company is also restating its financials to adjust for an error in the accounting for the redemption of warrants in 2023***.[71]

155.    The December 9, 2024, press release further disclosed the massive adjustments that would be required to restate the Company's previously issued consolidated financial statements to fix misclassification of cash flows, including:[72]

---

[71] Bitfarms, Ltd., *Bitfarms Announces Restatement of Previously Issued Financial Statements* (Dec. 9, 2024), https://investor.bitfarms.com/news-releases/news-release-details/bitfarms-announces-restatement-previously-issued-financial.

[72] *Id.* (highlights added).

### Adjustments to consolidated statements of cash flows for the year ended December 31, 2022* - Restatement

| | Year ended December 31, | | |
|---|---|---|---|
| | 2022 (as reported) | Cash flow reclassification | 2022 (as restated) |
| **Cash flows from (used in) operating activities** | | | |
| Net loss | (175,644) | — | **(175,644)** |
| Adjustments for: | | | **—** |
| Proceeds from sale of digital assets earned | 158,674 | (158,674) | — |
| Net change in cash related to operating activities | 36,250 | (158,674) | **(122,424)** |
| | | | |
| **Cash flows from (used in) investing activities** | | | |
| Proceeds from sale of digital assets earned | — | 158,674 | **158,674** |
| Net change in cash related to investing activities | (155,011) | 158,674 | **3,663** |

### Adjustments to consolidated statements of cash flows for the year ended December 31, 2023* - Restatement

| | Year ended December 31, | | | |
|---|---|---|---|---|
| | 2023 (as reported) | Cash flow reclassification | 2023 warrants adjustment | 2023 (as restated) |
| **Cash flows from (used in) operating activities** | | | | |
| Net loss | (104,036) | — | (4,886) | **(108,922)** |
| Adjustments for: | | | | |
| Net financial expenses | 32,308 | — | 4,886 | **37,194** |
| Proceeds from sale of digital assets earned | 129,309 | (129,309) | — | — |
| Net change in cash related to operating activities | 23,598 | (129,309) | — | **(105,711)** |
| | | | | |
| **Cash flows from (used in) investing activities** | | | | |
| Proceeds from sale of digital assets earned | — | 129,309 | — | **129,309** |
| Net change in cash related to investing activities | (58,343) | 129,309 | — | **70,966** |

**Adjustments to interim consolidated statements of cash flows for the nine months ended September 30, 2023 and 2024\* - Restatement**

| | Nine months ended September 30, | | | Nine months ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2024 (as reported) | Cash flow reclassification | 2024 (as restated) | 2023 (as reported) | Cash flow reclassification | 2023 (as restated) |
| **Cash flows from (used in) operating activities** | | | | | | |
| Net loss | (69,228) | — | (69,228) | (46,877) | — | (46,877) |
| Adjustments for: | | | | | | |
| Proceeds from sale of digital assets | 111,264 | (111,264) | — | 87,724 | (87,724) | — |
| **Net change in cash related to operating activities** | 14,104 | (111,264) | (97,160) | 10,028 | (87,724) | (77,696) |
| **Cash flows from (used in) investing activities** | | | | | | |
| Proceeds from sale of digital assets | — | 111,264 | 111,264 | — | 87,724 | 87,724 |
| **Net change in cash related to investing activities** | (268,862) | 111,264 | (157,598) | (35,373) | 87,724 | 52,351 |

156.    On this final partial disclosure, Bitfarms' stock price fell $0.13 per share, or 6.07%, to close at $2.01 per share on December 10, 2024.

157.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## H.  Additional Allegations of Scienter

158.    *First*, Defendants' misclassification was enormous in magnitude, involving hundreds of millions of dollars, which could not be overlooked in the absence of intent or recklessness, in particular because it flipped a crucial performance metric as identified by the Company, senior management and independent analysts – operating cash flow – from deeply negative to positive.  *See* Paragraph 155.

159.    *Second*, Defendants also knew that the Company's classification of the proceeds of the sale of Bitcoins violated IAS 7.16 because they were explicitly warned of their apparent violation by the SEC no later than June 26, 2023.  Accordingly, Defendants had a contemporaneous basis to believe that the information they related in the Company's public filings was incorrect.

160.    *Third*, the fact that the accounting issue was so basic and clear further bolsters the inference of scienter.  Throughout the Class Period and throughout public filings, Defendants admitted that Bitcoin was classified as an intangible asset under IAS 38.  That left no ambiguity pursuant to the clear text of IAS 7.16(b) that Bitfarms had to classify the proceeds of the sale of that intangible asset as cash flow from investing activities.  Moreover, any uncertainty that might have existed in the early days of cryptocurrencies ended in June 2019 with the publication of the 2019 Crypto Agenda Decision.

161.    *Fourth*, the fact that Defendants claimed to have reviewed the accounting methodologies of their peers confirms that they had actual knowledge that they were misclassifying the proceeds from the sale of Bitcoin.  IFRS reporting peers, such as Bitdeer and Argo, properly classified sales of intangible assets (including Bitcoin) as cash flow from investing activities, as required by IAS 7.16(b) and the IFRS.

162.    *Fifth*, Defendants' scienter is also supported by the fact that the alleged misstatements and omissions concerned Bitfarms' core business.  Over the last three years, selling Bitcoin comprised at least 96% of Bitfarms' revenue.  Therefore, it would be absurd to infer that Defendants were unaware of the accounting issues that plagued the Company's principal revenue stream.

163.    *Sixth*, Defendants repeatedly held themselves out to investors, analysts, and the SEC in numerous public filings as knowledgeable about the subjects of Bitfarms' operating cash flow, compliance with accounting standards, and financial controls.

164.    *Seventh*, Defendants had access to information contradicting their public statements. For example, while touting supposed accounting compliance, Defendants had access to the actual accounting standards and guidance they were violating. Similarly, while telling investors their methodology was consistent with their peers, they had access to peer financial statements that did not similarly misclassify Bitcoin sale proceeds as operating cash flow.

165.    *Eighth*, Defendants' scienter is bolstered by unusual insider trading by Defendants during the Class Period while in possession of material non-public information. Such sales violated Bitfarms' securities trading policy, which acknowledged the illegality of insider trading and prohibited insider trading:

> Insider Trading is illegal and strictly prohibited by this Policy. For greater certainty, examples of prohibited transactions by a Relevant Insider while in [possession] of Material Non-Public Information a include, but are not limited to, the following: (a) buying or selling Securities of Bitfarms; (b) buying or selling Securities whose price or value may reasonably be expected to be affected by changes in price of Securities of Bitfarms; (c) selling Securities acquired through the exercise of share options; and (d) buying or selling Securities of another company in which Bitfarms proposes to invest or where the individual, in the course of employment with Bitfarms, becomes aware of Material Non-Public Information concerning that other company.[73]

166.    However, in the six months after Defendants received the letter from the SEC Division of Corporation Finance notifying them of that their financial statements appeared to violate IAS 7.16(b), Defendants Morphy and Lucas took advantage of Bitfarms' artificially

---

[73] Bitfarms, Ltd., *Securities Trading Policy*, available at: https://investor.bitfarms.com/es-LA/system/files-encrypted/nasdaq_kms/assets/2025/02/09/23-34-14/BITFARMS_Securities-Trading-Policy_2023-12-11.pdf (last visited Oct. 15, 2025).

inflated stock price to reap over CA$2,406,478.56 and CA$946,250.00 in concrete personal benefits, respectively, by selling stock while in possession of material non-public information as alleged herein:[74]

| Defendant | Date | Share Sold | Price per Share | Proceed | Currency |
|---|---|---|---|---|---|
| **L Geoff Morphy** | 9/13/2023 | 9,043 | $1.56 | $14,107.08 | CAD |
| **L Geoff Morphy** | 12/11/2023 | 6,791 | $2.78 | $18,878.98 | CAD |
| **L Geoff Morphy** | 12/21/2023 | 225,000 | $3.70 | $832,522.50 | CAD |
| **L Geoff Morphy** | 12/27/2023 | 230,000 | $4.40 | $1,012,000.00 | CAD |
| **L Geoff Morphy** | 12/27/2023 | 115,000 | $4.60 | $529,000.00 | CAD |
| | | | **TOTAL** | $2,406,478.56 | CAD |
| **Jeffrey Lucas** | 11/28/2023 | 50,000 | $4.48 | $224,000.00 | CAD |
| **Jeffrey Lucas** | 12/18/2023 | 100,000 | $3.96 | $396,000.00 | CAD |
| **Jeffrey Lucas** | 12/27/2023 | 75,000 | $4.35 | $326,250.00 | CAD |
| | | | **TOTAL** | $946,250.00 | CAD |

167.    In violation of Bitfarms' securities trading policy and their duties to disclose all material information or refrain from trading during the Class Period when false and misleading representations were made, both Morphy and Lucas profited from stock sales in a manner that was highly unusual relative to past sales in the six months preceding the Class Period by each, and was material.  The disproportionate trading Defendants engaged in enhances an inference of fraud.

168.    *Ninth*, that Defendants had another restatement only a few years earlier put them on actual notice both (1) that their accounting controls were not robust and, in the absence of recklessness or intent to deceive, needed close scrutiny and (2) that their auditors had previously signed off on financial statements that violated IFRS and would likely do so again.  That

---

[74]  Insider Transaction Details, The System for Electronic Disclosure by Insiders, https://www.sedi.ca/sedi/SVTItdSelectInsider?locale=en_CA.

Defendants had maintained the same auditors following the earlier restatement, rather than replacing them indicates that Defendants preferred auditors who would not insist on strict adherence to IFRS.

169.    *Tenth*, Defendants had a further motive to artificially inflate Bitfarms' operating cash flow because, during the Class Period, the Company needed to justify huge capital expenditures to investors.  Bitfarms required substantial funding to expand its Bitcoin mining operations and replace outdated mining computers; therefore, the Defendants needed to mislead investors into believing that the Company's capital expenditures would yield a strong positive operating cash flow.

## PLAINTIFFS' CLASS ACTION ALLEGATIONS

170.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the Company's securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures.  Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families, and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

171.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Bitfarms securities were actively traded on the NASDAQ.  While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Bitfarms or its transfer agent and may be notified of

the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

172.    Plaintiffs' claims are typical of the claims of the members of the Class, as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

173.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation.  Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

174.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Bitfarms;

- whether the Individual Defendants caused Bitfarms to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the Individual Defendants operated as control persons of Bitfarms during the Class Period;

- whether the prices of Bitfarms securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

175.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

176.     Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Bitfarms securities are traded in an efficient market;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

- Plaintiffs and members of the Class purchased, acquired and/or sold Bitfarms securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

177.     Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

178.     Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)

179.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

180.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

181.    During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.  Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Bitfarms securities; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Bitfarms securities at artificially inflated prices.  In furtherance of this unlawful course of conduct, Defendants, and each of them, took the actions set forth herein.

182.    Pursuant to the above course of conduct, each of the Defendants participated both directly and indirectly in the issuance of the materially false and misleading periodic and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Bitfarms securities.  Such reports, filings, releases and statements were materially false and misleading in that they misrepresented Bitfarms' cash flow from operations and compliance with IFRS, failed to disclose material adverse information and misrepresented the truth about Bitfarms' actual finances and business prospects.

183.    By virtue of their positions at Bitfarms, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants.  Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth.  In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

184.    Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control.  As the senior managers and/or directors of Bitfarms who undertook to lead Bitfarms' accounting, its review of internal controls, and to communicate its accounting policies and results to investors, the Individual Defendants had knowledge of the details of Bitfarms' IFRS violations.

185.    Because of their positions of control and authority, and their exercise of such authority, Defendants were able to and did, make false statements to investors about Bitfarms' cash flow from operations, and its internal controls over financial reporting, which in turn overstated its financial condition and prospects.  As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Bitfarms securities was artificially inflated throughout the Class Period.  In ignorance of the adverse facts concerning Bitfarms' business and financial condition, which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired Bitfarms securities at artificially inflated prices and relied upon the price of the securities, the

integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

186.    During the Class Period, Bitfarms securities were traded on an active and efficient market.  Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Bitfarms securities at prices artificially inflated by Defendants' wrongful conduct.  Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of Bitfarms securities was substantially lower than the prices paid by Plaintiffs and the other members of the Class.  The market price of Bitfarms securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

187.    By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

188.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)**

189.     Plaintiffs repeat and re-allege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

190.     During the Class Period, the Individual Defendants participated in the operation and management of Bitfarms, and conducted and participated, directly and indirectly, in the conduct of Bitfarms' business affairs.  Because of their senior positions, they knew the adverse non-public information about Bitfarms' misstatement of income and expenses and false financial statements.

191.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Bitfarms' financial condition and results of operations, and to correct promptly any public statements issued by Bitfarms which had become materially false or misleading.

192.     Because of their position of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Bitfarms disseminated in the marketplace during the Class Period concerning Bitfarms' results of operations.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Bitfarms to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons" of Bitfarms within the meaning of Section 20(a) of the Exchange Act.  In this capacity, they culpably participated in the unlawful conduct alleged, which artificially inflated the market price of Bitfarms securities.

193.     The Individual Defendants, therefore, acted as a controlling person of Bitfarms.  By reason of their senior management positions and/or being directors of Bitfarms, the Individual

Defendants had the power to direct the actions of, and exercised the same to cause, Bitfarms to engage in the unlawful acts and conduct complained of herein.  The Individual Defendants exercised control over the general operations of Bitfarms and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

194.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Bitfarms.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

A.    Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the Class representatives;

B.    Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C.    Awarding Plaintiffs and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.    Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury.

Dated: October 21, 2025                    Respectfully submitted,


**POMERANTZ LLP**

   */s/ Joshua B. Silverman*
Joshua B. Silverman (*pro hac vice*)
Genc Arifi (*pro hac vice*)
Jianan Jiang (*pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603

Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com
garifi@pomlaw.com
ajiang@pomlaw.com

*-and-*

**WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP**
Benjamin Y. Kaufman
Patrick Donovan
Rourke C. Donahue
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
kaufman@whafh.com
donovan@whafh.com
donahue@whafh.com
guiney@whafh.com

***Attorneys for Co-Lead Plaintiffs Zhao Jun,
Gong Lanfang, Michael Pearl, Kazim Khan,
and Michael Lawarre***